■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAZEN SOLOMON, Appellant. [657 NYS2d 998] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 24, 1986 (People v Solomon, 124 AD2d 840), affirming a judgment of the County Court, Nassau County, rendered May 30, 1984.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Mangano, P. J., Bracken, Thompson and McGinity, JJ., concur.